# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: REASSIGNMENT OF JUDGES | : | No. 330 Common Pleas Judicial |
| OF THE COURT OF COMMON PLEAS | : | Classification Docket |
| OF THE FIFTH JUDICIAL DISTRICT OF | : | |
| PENNSYLVANIA | : | |
| | : | |

## O R D E R

**PER CURIAM:**

AND NOW, this 2nd day of February, 2016, upon consideration of the Petition of Jeffrey A. Manning, President Judge of the Court of Common Pleas of the Fifth Judicial District of Pennsylvania, for the reassignment of Judges to divisions of the court, it is hereby ORDERED that the Petition is granted and the following reassignments are approved:

From the Family Division to the Civil Division

The Honorable Arnold I. Klein

From the Family Division to the Criminal Division

The Honorable Alexander P. Bicket

Mr. Justice Eakin did not participate in the consideration or decision of this matter.